IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST     ) <br> FROM ITALY                  ) <br> IN THE MATTER OF            ) <br> FRANCESCO AMBROSIO, ET AL   ) | Misc. No. 05- |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Italian authorities.

                                  COLM F. CONNOLLY
                                  United States Attorney

                              By: /s/ Richard G. Andrews
                                  Richard G. Andrews
                                  Assistant U.S. Attorney
                                  Delaware Bar I.D. No.2199
                                  1007 N. Orange Street
                                  Wilmington, DE  19801
                                  (302) 573-6277

Dated: 4/14/05