Procura della Repubblica presso il Tribunale di Napoli
Ufficio del Sostituto Procuratore della Repubblica Dr. Vincenzo Piscitelli
*Napoli (Centro Direzionale) Palazzo di Giustizia - Piazza Cenni - Torre "B" piano 9° stanza n. 12*
Tel. +39-081-2233517 Fax +39-081-2233507 Segr. +39-081-2233516

## THE PROSECUTION SERVICE OF THE COURT OF LAW IN NAPLES

To the Competent Prosecuting Authority
In Delaware, U.S.A.

T.W.I.M.C.

In Naples, on 1 8 DIC. 2003

Our Ref.: Request for mutual assistance in the criminal proceedings no. 2675/99 v. Francesco Vittorio Ambrosio et al.

### THE DESIGNATED PROSECUTING AUTHORITY

The Public Prosecutors investigating the case in reference are Nicola Lettieri and Vincenzo Piscitelli, in and for the "Procura della Repubblica presso il Tribunale di Napoli" (The Prosecution Service of the Court of Law in Naples, Italy).

### STATEMENT OF THE CASE

Following "ITALGRANI" and its subsidiaries' bankruptcy, adjudicated on 4.10.99 by the Court of Law in Naples, prosecution has been instituted against Francesco Ambrosio and other persons.

It has been proved that the deficit of the bankrupt company supposedly amounts to date to approximately over It. £ 1,500 billion (equal to approximately 1,200 million euros), sums which were mostly granted by a number of state-owned Italian banks. Such sums were diverted, thanks to some conniving bank officials, through a number of fictitious trading operations made with offshore companies, such as **Deston Trading S.A.** referrable to, among others, a **David Zilberstein**, an Italian national born in Taskent understood to be residing in Cyprus..
Our enquiry aims at tracing the sums diverted from the assets of the

Dottoressa Leda CONTI
Traduttore - Interprete

bankrupt holding.

## GROUNDS FOR PROSECUTION

Prosecution has been instituted against a number of persons, and *inter alia* the aforementioned David Zilberstein, on charges relating to criminal conspiracy, fraudulent bankruptcy attended by aggravating circumstances, aggravated fraud, money laundering, investment of criminal proceeds (on violation of Section 416, Criminal Code, Section 640, Criminal Code, Sections 216 and 219, Bankruptcy Act, Sections 648 bis and 648 ter, Criminal Code).

## ASSISTANCE REQUESTED

It is understood that the aforementioned David Zilberstein is the secretary of **"Atermon Holdings LTD"** based in **1220 N. Market Street, Suite 606, Newcastle, Wilmington, Delaware, U.S.A.**
Based on the foregoing, we do hereby request that with the permission of the Competent Legal Authority the evidence detailed below be obtained:

1) To search the premises of Atermon and to place under seizure any relevant records;
2) To find out any Atermon's cross- holdings (parent and subsidiary companies)
3) To search the premises of any parent and subsidiary companies understood to be based in the U.S.A.;
4) To identify any shareholders and/or directors and/or beneficial owners of the said company, to be questioned and to give witness statements.

It is also requested that arrangements be made to permit the prosecutors and the police officers in charge of the investigation in reference to be present when the required enquiries are made in your country.

## ANNEX

Extracts from the relevant Italian Law

Your support and co-operation are much appreciated.

Yours sincerely,

*Dottssa Leda CONTI*
*Traduttore-Interprete*

The Public Prosecutor in charge
Vincenzo Piscitelli



*1*

§416 Italian Criminal Code : Conspiracy (Associazione per delinquere)
If three or more people join together with the intent to commit more than one crime, whoever, being a promoter, a member or an organizer of any criminal conspiracy, shall be imprisoned for three to seven years. Whoever joins in the group shall be imprisoned for one to five years. The leaders of the group shall be imprisoned for the same term as the promoters. Whoever, being armed, is found in the countryside or in public roads, shall be imprisoned for five to fifteen years. The term of imprisonment shall increase if the offenders are ten or more.

§2621 Italian Civil Code : False statements and illegal payment of profits (False comunicazioni ed illegale ripartizione di utili)
Provided the act does not amount to a more serious offense,
1) whoever, being a promoter, an incorporator, an administrator, a general manager, an auditor or an adjuster, who willingly and fraudulently makes any false statement about the incorporation and the financial position of the company or conceals part or all of the said position in reports, balance sheets or other official statements;
2) whoever, being an administrator or a general manager who collects or pays out any profits which are fraudulent or cannot be paid out, in case the balance sheet has not been passed, or if it is counterfeit, or if the offender does not comply with the balance sheet as passed;
shall be imprisoned for one to five years and fined It. £. two to twenty million.

§2640 Italian Civil Code : Aggravating circumstances (Circostanza aggravante)
If the offenses prescribed in Sections: 2621, 2622, 2623, 2628 and 2630-Subsection 1, cause a serious damage to a company, the term of imprisonment and the fine can increase by no more than 50 %.

§314 Italian Criminal Code : Embezzlement (Peculato)
Whoever, being an officer or a person in charge of a public office, having money or property of another in his possession or under his control, misappropriates it, shall be imprisoned for three to ten years. Whoever, being an offender, gives the embezzled money or property back immediately, after retaining it only for a momentary use, shall be imprisoned for six months to three years.



§318 Italian Criminal Code : Bribery for an official act (Corruzione per un atto d'ufficio)
Whoever, being an officer, receives, accepts or agrees to receive money or anything of value personally or for any other person or entity, without authorization, in return for being influenced in the performance of an official act, shall be imprisoned for six months to three years. Whoever, being an officer, receives money or anything of value in return for an official act which has already been performed, shall be imprisoned for one year.

§319 Italian Criminal Code : Bribery for an act in violation of an official duty (Corruzione per un atto contrario ai doveri d'ufficio)
Whoever, being an officer, receives or agrees to receive money or anything of value personally or for any other person or entity, in return for omitting to do or delaying any official act, or for having omitted to do or delayed any official act, or else for having performed any act in violation of the official duty of such officer, shall be imprisoned for two to five years.

§319bis Italian Criminal Code : Aggravating circumstances (Circostanze aggravanti)
The penalty prescribed in §319 shall increase if the offense regards appointments to public offices, employments, salaries, pensions or stipulations of contracts binding the administration employing such officer.

§640 Italian Criminal Code : Frauds and swindles (Truffa)
Whoever obtains unduly money or property personally or for any other person or entity, with the intent to deceive and damage any other person or entity, by means of false or fraudulent pretenses, representations, or promises, shall be imprisoned for six months to three years and fined It. £ 100,000 to It. £ two million.
They shall be imprisoned for one to five years and fined It. £ 600,000 to It. £ three million :
1) if the offense causes a damage to the State or any other public office, or if the offense is committed with the intent to exempt anyone from the military service;
2) if the offense causes the injured party to fear about an imaginary danger or to be convinced of having to perform an act by order of any authority.


Leda CONTI
Traduttore - Interprete

Such offense shall be prosecuted on the grounds of a complaint lodged by the injured party, save for the occurrance of the said circumstances or other aggravating circumstances.

§640bis Italian Criminal Code : Aggravated fraud with the intent to obtain public funds (Truffa aggravata per il conseguimento di erogazioni pubbliche)
If the offense prescribed in §640 regards contributions, financing, soft loans or any other similar grants, issued by the State or by any public authority or by the European Community, the term of imprisonment shall be one to six years, and prosecution shall be compulsory.

§216 Italian Bankruptcy Act : Fraudulent bankruptcy (Bancarotta fraudolenta)
Whoever, being an entrepreneur
1) fraudulently transfers, conceals, simulates, destroys or dissipates part or all of his assets, or reports non-existent liabilities, with the intent to cause a damage to his creditors,
2) fraudulently steals, destroys or counterfeits part or all of the accounts registers and statements, or maliciously keeps the books in such way as to prevent the assessment of the assets or of the business operation, with the intent to obtain unduly profits personally or for any other person or entity, or to cause a damage to his creditors,

shall be imprisoned for three to ten years, if declared bankrupt.
The same penalty is prescribed if the entrepreneur declared bankrupt commits any of the offenses under Subsection 1, or if he fraudulently steals, destroys or counterfeits the accounts registers or records, in the course of the bankruptcy proceedings.
Whoever, being declared bankrupt, makes payments in favor of any creditor with the intent to damage the others, or else simulates pre-emption entitlements, before or in the course of the bankruptcy proceedings, shall be imprisoned for one to five years.
Subject to the additional penalties, prescribed in Chapter 3, Title 2, Book 1 of the Italian Criminal Code (§28 and following), whoever is convicted for any of the offenses prescribed in this section, shall be disqualified from running a business or holding any executive office in any business, for ten years.



§219 Italian Bankruptcy Act :
Aggravating and attenuating circumstances (Circostanze aggravanti e circostanze attenuanti).
If the offenses prescribed in §216, §217, §218 cause a serious property damage, the penalties prescribed in the said sections shall increase by no more than 50%.
The penalties shall increase :
1) if the offender commits more than one of the offenses prescribed in each of the said sections;
2) if the offender was not legally entitled to run a business.
If the offenses prescribed in Subsection 1 do not cause a serious property damage, the penalties shall decrease by no more than one third.

§223 Italian Bankruptcy Act : Involvement in fraudulent bankruptcy (Fatti di bancarotta fraudolenta)
Whoever, being an administrator, a general manager, an auditor, an adjuster of a company declared bankrupt, commits any of the offenses prescribed in §216 shall be punished under that section.
They shall be punished under Subsection 1 of §216 :
1) if they commit any of the offenses prescribed in §2621, §2622, §2623, §2628, §2630/subsection 1 of the Italian Civil Code;
2) if knowingly and fraudulently they act with the intent to cause bankruptcy.
The provision prescribed in the last subsection of §216 shall be applied in any case.

Dott.ssa Leda CONTI
Traduttore-Interprete

### §648 bis Italian Criminal Code : Money laundering

Save the provisions relative to complicity in a crime, whoever knowingly and fraudulently replaces or transfers any money, assets or profits deriving from illegal acts, or makes other transactions by investing the above, with the intent to conceal their being criminal proceeds, shall be imprisoned for four to twelve years and fined It. £ two million to thirty million.

The penalty shall increase if the offense is committed in the practice of a profession.

The penalty shall decrease if any money, assets or profits derive from the commission of a crime punished with an imprisonment sentence not exceeding 5 years, as a maximum penalty.

The last Subsection of Section 648 shall apply.

### §648 ter Italian Criminal Code : Investment of money, assets or profits deriving from illegal acts.

Save the provisions relative to complicity in a crime and the offences prescribed in Sections 648 and 648 bis, whoever knowingly and fraudulently invests any money, assets or profits deriving from illegal acts by making financial transactions, shall be imprisoned for four to twelve years and fined It. £ two million to thirty million.

The penalty shall increase if the offense is committed in the practice of a profession.

The penalty shall decrease in accordance with the provisions under Subsection 2 of Section 648.

The last Subsection of Section 648 shall apply.

